# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Surekhaben A. Patel,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:05-cv-376-K

JoAnne B. Barnhart,
Commissioner of Social Security

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 7, 2005 Order.

**Signed: November 7, 2005**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court